# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KORY S. KING, )<br>)<br>        **Plaintiff,** )<br>  v. )<br>)<br>NANCY A. BERRYHILL, ACTING )<br>COMMISSIONER, SOCIAL )<br>SECURITY ADMINISTRATION, )<br>)<br>        **Defendant** ) | No. 1:17-cv-00089-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 17) filed October 11, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Administrative Decision is **AFFIRMED**.

                                                  /s/ George Z. Singal
                                               United States District Judge

Dated this 26th day of October, 2017.